|  | AUSA: | Carl Gilmer-Hill | Telephone: (313) 226-9585 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Erin B. Leipold | Telephone: (313) 226-8246 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

**MALIK Deonte-Shaheed-Shareff FRAZIER**

Case No.

Case: 2:21-mj-30287
Assigned To : Unassigned
Assign. Date : 6/9/2021
Description: RE: SEALED MATTER
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 2019-April 2020_____ in the county of _____Oakland_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Mail Theft |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C § 1029 | Access Device Fraud |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Erin B. Leipold- U.S. Postal Inspector
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____June 9, 2021_____

City and state: _Detroit, MI_

_Judge's signature_

**David R. Grand- U.S Magistrate Judge**
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN THE MATTER OF: | Case No. _____ |
| **MALIK Deonte-Shaheed-Shareff FRAZIER** | |
| **DATE OF BIRTH: XX/XX/1994** | **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Erin B. Leipold, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since January 2008.  As part of my duties as a U.S. Postal Inspector, I conduct investigations of offenses involving mail theft, identity theft, access device fraud, and other financial crimes.  I have worked this investigation in conjunction with the Bloomfield Township Police Department and the West Bloomfield Township Police Department.  This affidavit is based on my personal knowledge, observations, training, and experience as well as information obtained from documents, electronic databases, witnesses, and other law enforcement agents involved in this investigation.  The information contained in this affidavit is provided for the purpose of establishing probable cause for a criminal complaint, and thus, it does not contain all the details of the case known to me.

2.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Mail Theft, in violation of 18 U.S.C. § 1708, Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A, and Access Device Fraud, in violation of 18 U.S.C § 1029 have been committed by Malik FRAZIER.

3.      Search warrants 5:19-mc-51439-3, 5:19-mc-51439-4, 5:19-mc-51439-5, 5:19-mc-51439-8 and 5:19-mc-51439-13, were previously obtained by Affiant in order to search

FRAZIER's residence, two vehicles FRAZIER is known to drive, and several electronic devices associated with FRAZIER.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe that MALIK FRAZIER (xx/xx/1994) has engaged in a fraud scheme involving the theft and criminal misuse of personal identifying information (PII).  Searches of his residence, two vehicles he was known to drive, and electronic devices seized during the search of his residence identified additional evidence related to an ongoing fraud scheme involving the theft and criminal misuse of personal identifying information (PII) in order to acquire and misuse retail credit accounts.


**<u>PROBABLE CAUSE</u>**

5.      The U.S. Postal Inspection Service investigated numerous reports of mail thefts in Southfield, Michigan, and surrounding communities on a continuing basis from late 2018 into 2019.  Residents of these communities have reported finding rifled mail in various outdoor spaces such as ditches or wooded areas, awaking in the morning to find all the mailboxes on their street were open, or learning that checks or other negotiable items they were expecting to be delivered via the U.S. Mail were intercepted and negotiated by an unknown party.

6.      In March 2019, a resident of the Seven Oaks Post Office delivery area in Detroit (48235) reported finding trash bags full of mail in an alley behind their home on three separate occasions.  Postal Inspectors retrieved these bags of mail and found that they contained mailings for a variety of addresses in the Southfield area and surrounding communities.

7.      Since the discovery of this abandoned U.S. Mail, reports of mail theft in the areas of Bloomfield Township, West Bloomfield, Novi, Northville, Farmington Hills, Franklin, and Beverly Hills, Michigan continued to be received by local policing authorities.   Several suspects

were developed as a result of this investigation and it appears that these subjects are working in concert to perpetrate mail thefts and associated financial crimes.

8.      On June 21, 2019, Malik Deonte-Shaheed-Shareff FRAZIER was arrested by the Bloomfield Township Police Department for mail theft after he was seen accessing multiple residential mailboxes in Bloomfield Township, Michigan.  At the time of his arrest FRAZIER was driving a red 2011 Chevrolet Malibu bearing Michigan license plate DGD 6429 (herein Subject Vehicle 1).  He was in possession of mail belonging to more than 40 victims residing in Bloomfield Hills and Beverly Hills, Michigan.  FRAZIER was later released pending further investigation.

9.      Investigation indicates FRAZIER resides at 18626 Rutherford St in Detroit, Michigan, 48235.  This address is just over a mile from the location where mail from various Oakland County cities was found in an alley on three separate occasions in March 2019.  Two vehicles have been seen on multiple occasions at this address by law enforcement officers.  Those vehicles are Subject Vehicle 1 and a silver/gray colored 2004 Buick Century bearing Michigan license plate DTT 6606 (herein Subject Vehicle 2).  Both of these vehicles are registered to Gloria JOHNSON, who is known to be FRAZIER's mother.

10.     A warrant was obtained by Detective J. Moschel of the Bloomfield Township Police Department to search FRAZIER's cell phone, which was seized at the time of FRAZIER's arrest.  Moschel reported that the results of the forensic examination of FRAZIER's phone revealed that it contained personal identifying information (PII) and banking information which belonged to a Bloomfield Township victim.

11.     Since FRAZIER was released from police custody in June 2019, numerous new reports of mail theft activity were continuously received by the Bloomfield Township Police

3

Department and other police departments in Oakland County.  Some of these reports included

eyewitness descriptions and/or surveillance footage of a red Chevrolet sedan fitting the

description of Subject Vehicle 1 with a male subject  driving the vehicle.

12.     Specifically, Farmington Hills Police Department report 19-20643 dated July 23,

2019, details a report of mail thefts involving Subject Vehicle 1.  Witnesses stated they observed

male subjects in the vehicle reaching into multiple mailboxes in their neighborhood and

removing mail.  One of those residents was expecting the delivery of two mail pieces that day,

but when they went to their mailbox to retrieve the mail, nothing was inside.

13.     Additionally, Northville City Police Department report 19-3934 dated July 29,

2019, details an incident where a resident reported observing a red Chevrolet Malibu pull

alongside their mailbox.  The driver of the vehicle opened the resident's mailbox and then closed

it, but was not seen taking anything from it or placing anything inside.  The resident followed the

vehicle to a gas station and wrote down the number on the license plate affixed to the vehicle,

which was DGD 6429, which is registered to Subject Vehicle 1.

14.     West Bloomfield Police Department report 19-14943 dated August 23, 2019,

details an incident reported by a resident of a suspicious unknown vehicle observed in their

neighborhood a few weeks prior.  The resident reported the gray sedan passed through their

neighborhood a few times without stopping at a house, which they found peculiar because the

street is a dead end.  The resident is familiar with the residents and vehicles in their

neighborhood, and the vehicle and its driver were unknown to them.  The resident followed the

gray sedan and copied down its license plate number, which was DTT 6606, the license plate

registered to Subject Vehicle 2.  The resident reported this situation to the police because other

residents of their neighborhood reported a suspicious midsize sedan had been in the

neighborhood in the early morning hours of August 23, 2019.  The driver of that vehicle had

been seen standing in the driveways of several houses that had vehicles parked outside.

      15.    Northville Township Police Department report 19-18152 dated August 3, 2019,

details a witness report of theft of mail from a cluster of mailboxes in a condominium

community.  Witnesses saw a male subject removing mail from numerous mailboxes, moving

left to right.  They reported that the subject had an arm full of mail and packages prior to re-

entering his vehicle, a silver Buick with the license plate DTT 6606 (Subject Vehicle 2).  A

resident of that condominium community reported to police that they were expecting a package

that day and that it had been delivered according to DHL.  However, when the resident went to

their mailbox to retrieve the package, it was not there.

      16.    Finally, Bloomfield Township Police Department report 19-23398 dated

September 6, 2019, details a report made by J.P. regarding the theft of his/her identity and

compromise of his/her financial accounts.  Barclaycard contacted J.P. on that date to inquire if

he/she was responsible for a purchase at a Meijer located on Telegraph Road in Southfield,

Michigan, in the amount of $505.95.  J.P. contacted Barclaycard to deny responsibility for the

charge and was informed a new card had been mailed to his/her address on August 29, 2019.

J.P. advised that he/she never received this card and that there had been three additional

fraudulent charges on the Barclaycard account.  J.P. said that he/she had not been receiving mail

during the past week.

      17.    Bloomfield Township detectives followed up on the report made by J.P. and were

able to obtain video footage of a vehicle and individual associated with the fraudulent use of

J.P.'s Barclaycard.  These transactions occurred at approximately 5:07 PM on September 6,

2019, at a Mobil gas station located on Telegraph Road in Southfield.  Video footage shows a

5

male subject driving a red Chevrolet sedan similar to a Malibu pull into the Mobil station.  This
subject has been identified as Malik FRAZIER.  The video shows FRAZIER making two
withdrawals from an ATM inside the gas station in the amount of $202.99 using J.P's
Barclaycard, and he also uses it to pay for gas he pumped.

18.     On September 13, 2019, postal inspectors retrieved trash abandoned in a trash
receptacle in front of 18626 Rutherford St in Detroit.  Inside that trash were several items
relevant to this investigation.  There was a mailing from PNC Bank addressed to D.B. at 18626
Rutherford in Detroit relating to three accounts opened on September 6, 2019, an Amazon box
addressed to H.A. at an address on Deep Wood Rd in Bloomfield Hills, and receipts for gift card
transactions at Meijer on Telegraph Road in Southfield on September 3, 2019.

19.     Research in investigative databases located records for a D.B. residing in
Bloomfield Hills, Michigan.  D.B. had previously filed a police report with Bloomfield
Township Police Department on September 19, 2019, who stated he/she had received five hard
inquiries on his/her credit report that day.  D.B. was aware of recent mail thefts in his/her
neighborhood and was concerned his/her recently renewed driver's license had been stolen.

20.     Investigating agents contacted D.B., who stated that he/she had confirmed with
PNC Bank that accounts had been opened using his/her name and social security number using
an address on Rutherford Street in Detroit on September 6, 2019.  D.B. stated he/she had not
opened or attempted to open any accounts with PNC Bank and had not authorized anyone else to
do so either.

21.     Investigating agents contacted PNC Bank regarding the accounts opened using
D.B.'s PII and learned that they were opened online on September 6, 2019.  The phone number
(734) 306-8354 was provided at the time of account opening.

22.     Investigating agents also contacted H.A. regarding the Amazon box found in the trash at 18626 Rutherford St in Detroit.  He/she confirmed that they have been experiencing issues with mail theft and the Amazon box in question had been stolen from their mailbox.

23.     Investigating agents requested transaction information related to the Meijer receipts found in the trash at 18626 Rutherford St in Detroit.  These receipts related to the purchase of gift cards at the Meijer located on Telegraph Road in Southfield on September 3, 2019.  Meijer provided video footage of the individual responsible for the transactions, the name of the cardholder and their partial credit card number.  Malik FRAZIER is shown purchasing these gift cards in the video footage and a Citi card belonging to B.A. was used to fund the transactions.

24.     On September 23, 2019 investigating agents contacted B.A., a resident of Bloomfield Hills.  He/she confirmed their Citi credit card had been compromised and Citi had contacted him/her regarding that compromise.  B.A. confirmed that one of the fraudulent charges made using his/her Citi credit card had been at Meijer on September 3, 2019.

25.     On October 2, 2019 investigating agents executed a search warrant at 18626 Rutherford St, Detroit, MI 28235.  Malik FRAZIER and his mother, Gloria JOHNSON were present at the time of the search.  Agents located evidence relevant to the fraud scheme under investigation, including two debit cards in the name of D.B., a victim previously known to this investigation, and one debit card in the name of J.M.  Several electronic devices, including cellular telephones, were also seized pursuant to the search warrant at FRAZIER's residence.

26.     A search warrant was also obtained for an iPhone seized as a result of the search warrant executed at 18626 Rutherford St in Detroit, and an extraction of data stored on that phone was performed.  This extraction identified data indicative of an identity theft and financial

7

fraud scheme.  This includes victim PII such as names, addresses, as well as various account numbers and routing numbers tied to various names.  Note that some of the addresses associated with the victims are in Southfield, Bloomfield Hills, Franklin, Farmington Hills, and West Bloomfield, Michigan.  There are also notes related to a login for a Huntington Bank account in the name of victim D.B.

27.     On April 23, 2020, police officers employed by the Detroit Police Department encountered Malik FRAZIER inside a vehicle parked in the lot of a business on W. 7 Mile Rd in Detroit.  When officers asked FRAZIER to roll down the window of his vehicle they observed mail and packages in the front passenger seat of the vehicle and FRAZIER was in the process of opening a package.  Officers observed the mail was addressed to residences in the West Bloomfield and Farmington Hills areas.  FRAZIER was found to be in possession of a Kroger credit card in the name of D.B. (2), which FRAZIER told officers this credit card belongs to his mother.  Investigative resources indicate D.B. (2) is a resident of Sylvan Lake, Michigan, and FRAZIER's mother is Gloria JOHNSON.

28.     On April 28, 2020, C.S., a resident of Bloomfield Township, Michigan, reported to the Bloomfield Township Police Department that an unknown person had fraudulently requested a second credit card connected to his/her American Express account.  This card was mailed to 18626 Rutherford St, Detroit, MI 48235, FRAZIER's residence, and delivered on April 28, 2020.  On April 30, 2020, someone contacted American Express via telephone and requested that the phone number associated with C.S.'s account be changed to a different phone number.

29.     This investigation has identified more than 800 victims, most of whom reside in the metro Detroit area.  It appears several suspects identified through this investigation, including Malik FRAZIER, stole mail from residents in the metro Detroit area on a continuing basis

between 2018 and 2019.  FRAZIER was found to be in possession of stolen mail as recently as April 2020.  These suspects obtained items of value, including checks, credit cards, credit card information, and identification, from the mail they stole, which they then used for their personal enrichment.

30.     Based on the totality of the facts and circumstances described above, along with Affiant's training and experience, probable cause exists to believe that Malik FRAZIER has committed violations of federal criminal laws, specifically, 18 U.S.C. § 1708 (Theft of Mail), 18 U.S.C. § 1028A (Aggravated Identity Theft), and 18 U.S.C § 1029 (Access Device Fraud).

Respectfully submitted,

Erin B. Leipold
U.S. Postal Inspector
U.S. Postal Inspection Service

Sworn to before me and signed in my presence
and/or by reliable electronic means.

David R. Grand
UNITED STATES MAGISTRATE JUDGE

June 9, 2021