UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

     Plaintiff,

                              Criminal No. 21−mj−30287

v.

MALIK Deonte-Shaheed-Shareff FRAZIER,

     Defendant

_____/

**MOTION AND ORDER TO UNSEAL THE
COMPLAINT AND ARREST WARRANT**

   The United States of America requests the court to unseal the Complaint,

Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement

   officers.

2. That the United States is no longer apprehensive that the defendant may flee

   prior to appearance on the complaint.

                    Respectfully submitted,

                    Saima S. Mohsin
                    Acting United States Attorney

                    *s/Carl D. Gilmer-Hill*
                    Carl D. Gilmer-Hill CA 161939
                    Assistant United States Attorney
                    211 W. Fort Street, Suite 2001
                    Detroit, MI 48226
                    carl.gilmer-hill@usdoj.gov
                    (313) 226-9585

Dated: June 15, 2021

**IT IS SO ORDERED.**

<u>s/ Patricia T. Morris</u>
Patricia T. Morris
United States Magistrate Judge

Entered: June 15, 2021